FILED
9/3/2024 1:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L009721
Calendar, B
29200672

FILED DATE: 9/3/2024 1:17 PM   2024L009721

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

WILLIAM PAYNE,                                          )
                                           )
              Plaintiff,                                )
                                           )    No.
     v.                                                    )
                                         )
CSX INTERMODAL, INC.,                                   )
                                         )
             Defendant.                             )

## COMPLAINT

NOW COMES Plaintiff, WILLIAM PAYNE, by and through his attorneys, Seidman

Margulis & Fairman, LLP, and for his Complaint against the Defendant, CSX INTERMODAL,

INC. (hereinafter "CSX"), states the following:

### Count I – Federal Employer's Liability Act

1.      This matter comes before the Court based on an Act of Congress of the United

States, being the Federal Employers' Liability Act, 45 U.S.C. § 51 *et. seq*.

2.      At all times relevant to this Complaint, Plaintiff, WILLIAM PAYNE, was a

citizen of Illinois and a resident of Chicago, Cook County, Illinois.

3.      At all times relevant to this Complaint, Defendant, CSX, was a foreign

corporation, doing business in Cook County, Illinois.

4.      At all relevant times stated herein, the Defendant, CSX, was a railroad

corporation and common carrier organized and existing by virtue of law, engaged in interstate

transportation and commerce, which did and does business in the City of Chicago, Cook County,

Illinois.

5.      On or about August 6, 2023, and for some time prior thereto, and at all times

mentioned herein, Plaintiff, WILLIAM PAYNE, was an employee of Pacific Rail Services and

EXHBIIT A

FILED DATE: 9/3/2024 1:17 PM   2024L009721

worked in the railyard (hereinafter "Yard") located at 7000 West 71st Street, Bedford Park, Cook County, Illinois.

6.     At all relevant times state herein, Defendant, CSX, owned, controlled, operated, managed, and maintained the Yard included the trains, instrumentalities, lighting, and equipment in the Yard.

7.     At all times relevant herein, Plaintiff, WILLIAM PAYNE, was engaged in the course of his employment with Pacific Rail Services at the subject Yard which was owned, controlled, operated, managed and maintained by Defendant, CSX.

8.     On or about August 6, 2023, and for some time prior thereto, Defendant, CSX, owned, controlled, operated, serviced, managed, and maintained a certain train (the "Train"), including its cars and instrumentalities and equipment on the train, including but not limited to the doors, steps, and/or ladders on the train cars and the lighting surrounding said train.

9.     At all times mentioned herein, all or part of the duties of Plaintiff, WILLIAM PAYNE, furthered interstate commerce conducted by Defendant, CSX, or in some way directly and substantially affected said commerce.

10.     On or about August 6, 2023, during the early morning hours and during wet conditions, Plaintiff, WILLIAM PAYNE, while in the performance of his duties, was walking outdoors on top of the Train carrying and unloading locks (IBC's), each weighing 15-20 pounds, was caused to slip and fall a significant distance, resulting in the injuries described below.

11.     It was the duty of Defendant, CSX, to exercise ordinary care in providing Plaintiff, WILLIAM PAYNE, with a reasonably safe place in which to work.

FILED DATE: 9/3/2024 1:17 PM   2024L009721

12.     At said time and place, Defendant, CSX, by and through its agents, servants, and employees, violated the aforementioned duty described in paragraph eleven by committing one or more of the following negligent acts or omissions, in that it:

    (a) Failed to furnish plaintiff with a reasonably safe place and proper equipment in which to perform his duties;

    (b) Failed to furnish plaintiff with a train with lighting that adequately illuminated his work area so as to provide Plaintiff with a reasonably safe area to walk on, climb onto and down from equipment;

    (c) Failed to adequately illuminate the area where Plaintiff was working;

    (d) Failed to install adequate lighting features; and

    (e) Failed to adequately maintain the Yard's lighting in the vicinity of the Train.

13.     As a result in whole or in part of one or more of the foregoing acts or omissions on the part of the Defendant, Plaintiff's body was caused to violently fall, causing Plaintiff, WILLIAM PAYNE, severe, permanent, and progressive injuries;

16.     As a result of the aforesaid injuries, Plaintiff, WILLIAM PAYNE, suffered and will continue to suffer great pain and injury, disability, disfigurement, and loss of a normal life, incurred and will continue to incur great medical expense, and lost, and will continue to lose, time from work.

WHEREFORE Plaintiff, WILLIAM PAYNE, prays for judgment against Defendant, CSX INTERMODAL, INC., in a sum in excess of $50,000.00 for damages sustained, plus costs of this suit.

## Count II – Negligence

1.     This count, *pleading in the alternative*, sounds in negligence against Defendant, CSX.

FILED DATE: 9/3/2024 1:17 PM   2024L009721

2.      At all times relevant to this Complaint, Plaintiff, WILLIAM PAYNE, was a citizen of Illinois and a resident of Chicago, Cook County, Illinois.

3.      On or about August 6, 2023, and for some time prior thereto, and at all times mentioned herein, Plaintiff, WILLIAM PAYNE, was an employee of Pacific Rail Services and worked in the railyard (hereinafter "Yard") located at 7000 West 71st Street, Bedford Park, Cook County, Illinois.

4.      At all relevant times state herein, Defendant, CSX, owned, controlled, operated, managed, and maintained the Yard included the trains, instrumentalities, lighting, and equipment in the Yard.

5.      At all times relevant to this Complaint, Defendant, CSX, was a foreign corporation, doing business in Cook County, Illinois.

6.      On or about August 6, 2023, and for some time prior thereto, Defendant, CSX, owned, controlled, operated, serviced, managed, and maintained a certain train (the "Train"), including its cars and instrumentalities and equipment on the train, including but not limited to the doors, steps, and/or ladders on the train cars and the lighting surrounding said train.

7.      Upon information and belief, on or about August 6, 2023, in the early morning hours and in wet conditions, the Plaintiff was working atop the Train located in the subject Yard.

8.      On or about August 6, 2023, in the early morning hours, Plaintiff, WILLIAM PAYNE, was lawfully performing the duties of his job in the Yard, and specifically was in the process of carrying and unloading locks (IBC's), each weighing 15-20 pounds, when he was caused to slip and fall a significant distance, resulting in the injuries described below.

9.      On the aforementioned date, and previous thereto, it was the duty of Defendant, CSX, individually and/or by and through its employees and agents, to exercise ordinary care in

4

FILED DATE: 9/3/2024 1:17 PM   2024L009721

the ownership, control, operation, management, and/or maintenance of the Yard, and further, to not create or allow any condition to exist on or about the Yard which Defendant knew, or in the exercise of ordinary care should have known, posed a risk of injury to those lawfully working on the Yard.

10.    On the aforementioned date, and previous thereto, it was further the duty of Defendant, CSX, individually and/or by and through its employees and agents, to exercise ordinary care in the ownership, control, operation, management, and/or maintenance of the Train, and further, to not create or allow any condition to exist on or about the Train which Defendant knew, or in the exercise of ordinary care should have known, posed a risk of injury to those lawfully working on the Yard.

11.    Defendant, CSK, specifically owed said duties to Plaintiff, WILLIAM PAYNE.

12.    In violation of the aforesaid duties, Defendant, CSX, individually and by and through its employees and agents, was guilty of one or more of the following negligent acts and/or omissions, in that it:

(a) Failed to furnish plaintiff with a reasonably safe place and proper equipment in which to perform his duties;

(b) Failed to furnish plaintiff with a train with lighting that adequately illuminated his work area so as to provide Plaintiff with a reasonably safe area to walk on, climb onto and down from equipment;

(c) Failed to adequately illuminate the area where Plaintiff was working;

(d) Failed to install adequate lighting features; and

(e) Failed to adequately maintain the Yard's lighting in the vicinity of the Train.

13.    As a result in whole or in part of one or more of the foregoing acts or omissions

5

FILED DATE: 9/3/2024 1:17 PM   2024L009721

on the part of the Defendant, Plaintiff's body was caused to violently fall, causing Plaintiff, WILLIAM PAYNE, severe, permanent, and progressive injuries;

14.     As a result of the aforesaid injuries, Plaintiff, WILLIAM PAYNE, suffered and will continue to suffer great pain and injury, disability, disfigurement, and loss of a normal life, incurred and will continue to incur great medical expense, and lost, and will continue to lose, time from work.

WHEREFORE Plaintiff, WILLIAM PAYNE, prays for judgment against Defendant, CSX INTERMODAL, INC., in a sum in excess of $50,000.00 for damages sustained, plus costs of this suit.

Respectfully submitted,


By: _s/ Ryan A. Margulis_
            Ryan A. Margulis


Firm No. 57415
Seidman Margulis & Fairman, LLP
1363 Shermer Road – Suite 209
Northbrook, IL  60062
Tel: 847-580-4223
Fax: 847-637-5795
Rmargulis@seidmanlaw.net